# United States District Court
# Eastern District of California

Yousif Mohamed Mustafa ANAMA

Plaintiff(s)

V.

ALBARRAN, CHESTNUT, MULLIN, DHS

Defendant(s)

Case Number: 1:26-cv-07479-DJC-AC

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Samuel Thomas Filcik hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Yousif Mohamed Mustafa Anama.

On 11/13/2015 (date), I was admitted to practice and presently in good standing in the Supreme Court of Michigan (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 09/16/2026 Signature of Applicant: /s/ Samuel T. Filcik

**Pro Hac Vice Attorney**

Applicant's Name: Samuel Thomas Filcik

Law Firm Name: Lighthouse Immigrant Advocates

Address: PO Box 2144

City: Holland State: MI Zip: 49422

Phone Number w/Area Code: (616) 613-0934

City and State of Residence: Allendale, Michigan

Primary E-mail Address: sfilcik@lia-michigan.org

Secondary E-mail Address: samuel.filcik@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mary J. Bosworth

Law Firm Name: Mary J. Bosworth, Attorney at Law

Address: PO Box 720006

City: San Francisco State: CA Zip: 94172

Phone Number w/Area Code: (415) 787-3050 Bar # 219254

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: September 17, 2026

Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE